

**RECEIVED**
IN LAKE CHARLES, LA

AUG 23 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | |
|---|---|
| **CHARLES A. TREECE** | **CIVIL ACTION NO. 05-80** |
| **VERSUS** | **SECTION "P"** |
| **O. KENT ANDREWS, WARDEN,** | **JUDGE MINALDI** |
| **ET AL** | **MAGISTRATE JUDGE WILSON** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C.1915(e)(2).

**IT IS ALSO ORDERED** that plaintiff be barred from filing any other civil actions in United States District Courts *in forma pauperis* except for cases involving an imminent danger of serious physical injury.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 22 day of Aug, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE